AO458 (Rev. 5/85)  Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF

U.S.A.

Asselin sn eral
(Anthur Sotirion

**APPEARANCE**

Case Number:

64 - 300 33 MAP

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for   def  A. Sotirion

Date   7/12/04

Signature   VAR

Print Name   V. A. BONGIORNI

Address   95 STATE

City   SPFLD   State   MA   Zip Code   01107

Phone Number   413 732-0222
FX   746-4971
BBO # 049049