UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) No. CR-N-04-30046-MAP | |
| | ) | |
| ARTHUR SOTIRION | ) | |

MOTION TO MODIFY CONDITIONS OF BOND

Now comes the defendant, through counsel, and requests this Honorable Court to modify his conditions of bond to allow him to travel to Aruba from January 21, 2005 through February 4, 2005; and asserts as his reasons, therefore, defendant, Sotirion requests to travel to Aruba with his wife to celebrate their 35th wedding anniversary during the aforementioned dates.

The Defendant has attached a copy of his itinerary to the within motion.

THE DEFENDANT


BY:_____
Vincent A. Bongiorni, Esq.
95 State Street, Ste 309
Springfield, MA. 01103
(413) 732-0222
BBO #049040

CERTIFICATE OF SERVICE

I, Vincent A. Bongiorni, Esq., do hereby certify that I have served a copy of the foregoing to the Assistant United States Attorney, William Welch, Esq., United States District Court, 1550 Main Street, Springfield, MA. 01103 this ___ day of November, 2004.

_____
Vincent A. Bongiorni



**Reservation Confirmation**

December 09, 2004  11:25:07AM                                Page 1 of 1

LA CABANA ALL SUITE BEACH RESORT & CASINO          Confirmation Number:     52563164
J.E. Irausquin Blvd. 250
Oranjestad, Aruba  Dutch Caribbean
Tel: (297) 587-9000  Fax: (297) 587-5474
http://www.lacabana.com

Arthur G Sotirion

811 Dickinson St

Springfield        MA    01108
USA

## Check in Time is 4:00 pm.  Check out Time is 12:00 noon.

We are pleased to confirm your reservations. If we can be of further assistance, please don't hesitate to contact us. We look forward to your visit.

| Arrival Date | Departure Date | Reserved Unit Type | | Property |
|---|---|---|---|---|
| 01/21/2005 | 01/28/2005 | BG | 0241C | LCB |
| | | SG | 0241B | LCB |

| | |
|---|---|
| Room Charges | $0.00 |
| Room Taxes | 52.50 |
| Energy Sur-Charge | 14.00 |
| Package | 0.00 |
| Total Cost | $66.50 |

**Reservation Policy:**
All other charges other than room charges may be subject to change without prior notice. We accept the following forms of payment: Cash, Travelers Check, Visa, MasterCard, American Express, Diners Club and Discover. Sorry, no personal checks are accepted.

**Cancellation Policy:** All no-shows will be charged the applicable cancellation policy charges. The reservation holder may cancel the reservation with no penalty subject to the following:

Christmas & New Year & Easter & Carnival: 21 days prior to reservation arrival date (Dec 23-Jan2)
Winter season:  14 days prior to reservation arrival date
Summer Season: 7 days prior to reservation arrival date

**Penalty:** Christmas & New Year & Easter & Carnival is 3 nights room charge
     Winter Season is 2 nights room charge
     Summer Season is 1 night room charge

The reservation and cancellation policy is only applicable for rentals and not for owned week(s).

**Resort Policy** for rentals and owned week(s) usage:
Children staying in each room must be accompanied by at least one or two adults (21 years or above) per room.

J.E Irausquin Blvd #79
Oranjestad, Aruba
Fax 011 297 5862670

**Royal Palm Club**

# Fax

| To: | Jennifer | From: | Raquel Quant |
|---|---|---|---|
| Fax: | 917 484 2486 | Pages: | 1 |
| Phone: | | Date: | 12/09/04 |
| Re: | | CC: | Erna Croes |

☒ Urgent  ☐ For Review  ☐ Please Comment  ☐ Please Reply  ☐ Please Recycle

To whom it may concern.

With this fax I like to notified you know that Mr. Sotirion is a member with us at the Aruba Grand Beach Resort and we have a unit booked for him for Jan 28 2005 to Feb 4 2005 his reservation NR. Is 150767.

Best regards,



Raquel