UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | CRIM. NO. 04-30033-MAP |
| ) | |
| vs.   ) | |
| ) | |
| **RAYMOND ASSELIN, SR., et al.** ) | |
| ) | |
| <u>           Defendants.</u> ) | |

**THIRD STATUS CONFERENCE**
<u>**JOINT MEMORANDUM PURSUANT TO LOCAL RULE 116.5(A)**</u>

The United States of America, by and through Michael J. Sullivan, United States Attorney for the District of Massachusetts, and William M. Welch II, Assistant United States Attorney, hereby files this joint memorandum pursuant to Local Rule 116.5(A) and the Magistrate Judge's Scheduling Order as follows:

1.   The parties agree that relief should be granted from the otherwise applicable timing requirements imposed by Local Rule 116.3.  This case has been designated a complex case.

2.   As stated in its previous joint memorandum, defendants Christopher Asselin, Maria Serrazina and Peter Davis have requested discovery under FRCP 16(a)(1)(G).  To date, no other defendants have requested such discovery.  The Government hereby renews its request for reciprocal discovery under FRCP 16(b)(1))(C), and defendants Christopher Asselin, Maria Serrazina

1

and Peter Davis agree to provide reciprocal discovery under FRCP 16(b)(1)(C) by this agreement.

3. To date, counsel for two of the defendants -- defendants Peter Davis and Paul Bannick -- have begun to review the automatic discovery currently located at the FBI. Counsel for one defendant -- defendant Merylena Asselin -- has notified the Government that he intends to examine the evidence at some unspecified time in the near future. Therefore, the parties believe that it is premature to state whether or not they expect to provide any additional discovery in the future.

4. The parties agree that a motion date should not be set under FRCP 12(c) at this time. Until discovery has been reviewed, the parties are not in a position to set any motion dates. The parties anticipate filing motions.

5. Given this case's designation as a complex case, no time will have run on the Speedy Trial Clock as of June 27th, 2005, the date of the status conference.

6. The parties believe at this point that a trial should be anticipated. At this time, the Government would estimate a trial of two to three months.

7. A final status conference should be set for August, 2005. Defendant Davis believes that another interim status conference should be set for August, 2005.

Filed this 23rd day of June, 2005.

                    Respectfully submitted,

                    MICHAEL J. SULLIVAN
                    United States Attorney

                    /s/ William M. Welch II
                    WILLIAM M. WELCH II
                    Assistant United States Attorney

For defendants Raymond and Janet Asselin:

_____
RICHARD EGBERT, ESQ.

For defendant Arthur Sotirion:

_____
VINCENT BONGIORNI, ESQ.

For defendant Peter Davis:

/s/ James Rehnquist (by WMW)
_____
JAMES REHNQUIST, ESQ.

For defendant John Spano:

_____
THOMAS ROOKE, ESQ.

For defendant James Asselin:

_____
ROY ANDERSON, ESQ.

3

For defendant Maria Serrazina

_____
THOMAS LESSER, ESQ.

For defendants Joseph and Melinda Asselin

_____
BERNARD GROSSBERG, ESQ.

For defendant Christopher Asselin:

*/s/ Thomas Kiley by WMW*
_____
THOMAS KILEY, ESQ.

For defendant Merylina Asselin:

_____
DAVID HOOSE, ESQ.

For defendant Raymond Asselin, Jr.

_____
JOSEPH BALLERO, ESQ.
Counsel for defendant Asselin

4

CERTIFICATE OF SERVICE

Hampden, ss.                              Springfield, Massachusetts
                                          June 22, 2005

I, William M. Welch, Assistant U.S. Attorney, do hereby certify that I have served a copy of the foregoing by mailing said motion to:

Richard M. Egbert, Esq.           Vincent A. Bongiorni, Esq.
99 Summer Street                  95 State Street
Suite 1620                        Springfield, MA   01103
Boston, MA   02110

James C. Rehnquist, Esq.          Thomas Rooke, Esq.
Goodwin Proctor & Hoar            73 Chestnut Street
Exchange Place                    Springfield, MA 01103
Boston, MA 02109

Steven W. Leary, Esq.             Roy H. Anderson, Esq.
95 State Street                   Box 1420
Springfield, MA 01103             Springfield, MA   01101

Thomas Lesser, Esq.               Bernard Grossberg, Esq.
Lesser, Newman, Souweine & Nasser 99 Summer Street
39 Main Street                    Suite 1800
Northampton, MA   01060           Boston, MA   02110

Thomas R. Kiley, Esq.             David P. Hoose, Esq.
Cosgrove, Eisenberg & Kiley       Katz, Sasson, Hoose & Turnbull
1 International Place             1145 Main Street
Boston, MA   02110                Springfield, MA   01103

Joseph Ballero, Esq.
99 Summer Street
Suite 1800
Boston, MA   02110

                                  _____
                                  WILLIAM M. WELCH II
                                  Assistant United States Attorney

5