UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>v.                                          )<br>)<br>)<br>RAYMOND ASSELIN, SR., et al.,      )<br>         Defendants               ) | Criminal No. 04-30033-MAP |

INTERIM SCHEDULING ORDER
June 27, 2005

NEIMAN, U.S.M.J.

The following schedule was established at the Status Conference this day:

1. A Final status conference will be held on August 25, 2005, at 2:00 p.m. in Courtroom III.

2. On or before the close of business, August 23, 2005, a joint memorandum addressing the items set forth in Local Rule 116.5(A)(1) through (7) shall be filed with the court.

IT IS SO ORDERED.

/s/   Kenneth P. Neiman
KENNETH P. NEIMAN
U.S. Magistrate Judge