UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS


UNITED STATES OF AMERICA        )
                                )
                v.              )  NO.  04-CR-30033-MAP
                                )
RAYMOND ASSELIN, ET AL,         )
                Defendants      )


SCHEDULING ORDER

October 19, 2005

PONSOR, D.J.


     Counsel appeared for a scheduling conference on October

18, 2005.    Based on counsel's representations, the court

orders as follows:

     1.   Minor, discovery-related motions will be filed
     by the defendants no later than November 14, 2005
     and opposed by December 2, 2005.   It is likely the
     court will rule on these motions on the papers.

     2.   Motions to suppress, to dismiss and to sever
     will be filed by the defendants no later than
     December 19, 2005.   The government will file its
     opposition by February 10, 2006.

     3.  Counsel will appear again  before this court for
     argument on contested motions on February 14, 2006
     at 2:00 p.m.  No evidence will be taken on that day,
     and motions requiring an evidentiary hearing will be
     scheduled for a subsequent date.

     4.   Trial in this case will commence on September
     11, 2006.  As presently configured, it is expected
     that the trial will require at least four months.

5.    Further status conferences to address trial-
related issues will be scheduled during the spring
of 2006.

It is So Ordered.

MICHAEL A. PONSOR
United States District Judge