UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA )
)
vs. ) No. CR-N-04-30033-MAP
)
ARTHUR SOTIRION )

MOTION TO MODIFY CONDITIONS OF BOND

Now comes the defendant, through counsel, and requests this Honorable Court to modify his conditions of bond to allow him to travel to Aruba from January 20, 2006 through February 3, 2006 for a prepaid family vacation.

The defendant has attached a copy of his itinerary to the within motion.

WHEREFORE, defendant asks conditions of his bond be amended for said travel.

Counsel for defendant has conferred with Assistant United States Attorney William Welch, Esq., who has no objection to the allowance of said motion.

THE DEFENDANT

BY: _____
Vincent A. Bongiorni, Esq.
95 State Street, Ste #309
Springfield, MA. 01103
(413) 732-0222
BBO #049040

CERTIFICATE OF SERVICE

I, Vincent A. Bongiorni, Esq., do hereby certify that I have served a copy of the foregoing to the Assistant United States Attorney, William Welch, Esq., United States District Court, 1550 Main Street, Springfield, MA. 01103 this 1st day of December 2005.

_____
Vincent A. Bongiorni