ARTHUR G. SOTIRION
811 DICKINSON STREET
SPRINGFILED, MA 01108

*ATTACHMENT TO 04CR30033*

## FAX TRANSMITTAL SHEET

DATE: _____    RECEIVING FAX # _____ - 4971

PLEASE DELIVER TO: _____

SUBJECT: _____

FROM:    *Arthur G. Sotirion*    TELEPHONE #   (413) 737-0707
                                 FAX #         (413) 737-0707

NUMBER OF PAGES FOLLOWING: _____

MESSAGE:

_____

_____

_____ — Call _____ 1914

La Cabana        1/20/06 - 1/27/06

Aruba Grand      1/27/06 - 2/3/06

_____

_____

*Any questions, please call me. Thank You.*



**Reservation Confirmation**

November 21, 2005  4:07:23PM                        Page 1 of 1

LA CABANA ALL SUITE BEACH RESORT & CASINO     Confirmation Number:   52623417
J.E. Irausquin Blvd. 250
Oranjestad, Aruba  Dutch Caribbean
Tel: (297) 587-9000  Fax: (297) 587-5474
http://www.lacabana.com

**Arthur G Sotirion**
811 Dickinson St
Springfield    MA    01108
USA

## Check in Time is 4:00 pm.  Check out Time is 12:00 noon.

We are pleased to confirm your reservations. If we can be of further assistance, please don't hesitate to contact us. We look forward to your visit.

| Arrival Date | Departure Date | Reserved Unit Type | | Property |
|---|---|---|---|---|
| 01/20/2006 | 01/27/2006 | SG | 0241B | LCB |
|  |  | BG | 0241C | LCB |

| | |
|---|---|
| Room Charges | $0.00 |
| Room Taxes | 52.50 |
| Energy Sur-Charge | 42.00 |
| Package | 0.00 |
| **Total Cost** | **$94.50** |

**Reservation Policy:**
All other charges other than room charges may be subject to change without prior notice. We accept the following forms of payment: Cash, Travelers Check, Visa, MasterCard, American Express, and Discover. Sorry, no personal checks are accepted.

**Cancellation Policy:** All no-shows will be charged the applicable cancellation policy charges. The reservation holder may cancel the reservation with no penalty subject to the following:

Christmas & New Year & Easter & Carnival: 21 days prior to reservation arrival date (Dec 23-Jan2)
Winter season:  14 days prior to reservation arrival date
Summer Season:  7 days prior to reservation arrival date

**Penalty:** Christmas & New Year & Easter & Carnival is 3 nights room charge
     Winter Season is 2 nights room charge
     Summer Season is 1 night room charge

**The reservation and cancellation policy is only applicable for rentals and not for owned week(s).**

**Resort Policy for rentals and owned week(s) usage:**
Children staying in each room must be accompanied by at least one or two adults (21 years or above) per room.

**Inhouse Credit Policy:**
In order to charge incidentals to your room account and to make local/international phone calls a Cash/Credit card deposit of US$250.00 needs to be charged to your room folio. Without this deposit all Food & Beverages consumed and phone calls made in the Resort will have to be paid for in cash/credit card.

**Security Deposit:**
A mandatory US$100.00 Refundable Deposit will be charged to your account for the use of the safety deposit box and to cover any damages occurred in your room during your stay.

TimeShareWare NEXT                          \\Sql2\TSWAPPS\Next\Reports\BuiltIns\confirm.rpt

J.E Irausquin Blvd #79
Oranjestad, Aruba
Fax 011 297 5862670
Email: ecroes@arubagrand.com

**Royal Palm Club**



| | | | |
|---|---|---|---|
| **To:** | Mr. Solirion | **From:** | Raquel Quant |
| **Fax:** | 917 464 2486 | **Pages:** | 2 |
| **Phone:** | | **Date:** | ~~11/21/05~~ 11/22/05 |
| **Re:** | Confirmation Letter | **CC:** | Erna Croes |

☒ **Urgent**  ☐ **For Review**  ☐ **Please Comment**  ☐ **Please Reply**  ☐ **Please Recycle**



# ARUBA GRAND
### BEACH RESORT & CASINO

November 22, 2005

## TO WHOM IT MAY CONCERN

This letter serve to notify you that, Mr. Arthur Sotirion has a confirmed reservation here at the Aruba Grand Beach Resort for the week of January 27, 2006 to February 03, 2006.

Sincerely,

Membership Department

---

J.E. Irausquin Blvd. #79 ◆ Oranjestad, Aruba
Phone: 297-586-3900 ◆ Fax: 297-586-1941
Reservations USA & Canada 800-345-2782
www.arubagrand.com