UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | NO. CR-N-04-30033-MAP |
| | ) | |
| ARTHUR SOTIRION | ) | |

**DEFENDANT'S MOTION TO SUPPRESS**

Now comes defendant, Arthur Sotirion, by and through counsel and moves this Honorable Court pursuant to Rule 41 and 12 of the Federal Rules of Criminal Procedure for an order suppressing the fruits of a series of searches directed against them, and as their basis, therefore, the defendants assert the following:

On June 29, 2003 the defendant resided at 811 Dickinson Street, Springfield, Massachusetts. On January 29, 2003 agents of the Federal Bureau of Investigation executed a search warrant at the defendant, Arthur Sotirion's, residence and seized a certain item of evidence all as described in the officer's return on said warrant. (A copy of which is attached hereto as Exhibit A).

The defendants believe and therefore aver that the Government intends to introduce into evidence at the trial of the indictment all of the above described evidence so seized together with all evidence derived therefrom.

The Government ought not to be permitted to introduce said evidence for the following reasons:

**THE SEARCH BY SEARCH WARRANT**

As to the search warrant identified in the body of this motion:

1. The Affidavit sworn in support of the application for each search/seizure warrant failed, as a matter of law to establish the requisite level of probable cause sufficient to support

-1-

      the warrants which issued.

2.     The search warrants failed to particularly describe the items of evidence to be seized, in violation of the Fourth Amendment to the United States Constitution.

3.     The officers executing the search/seizure warrants failed to limit their seizure of evidence only to those items described in the warrant and seized evidence outside the warrant's limitation, in violation of the Fourth Amendment to the United States Constitution.

4.     The Affidavits sworn in support of the application for search warrants contained stale information, insufficient as a matter of law to establish probable cause to support the warrants which issued.

      WHEREFORE, the defendant claims said items of evidence and evidence derived therefrom was obtained in violation of his rights under the Fourth, Fifth and Fourteenth Amendments to the United States Constitution that the evidence so obtained be suppressed at the trial of these indictments; in anticipation of further discovery by way of evidentiary hearing; leave is sought to amend and supplement the grounds and basis alleged in support of the motion to suppress and for the filing of an additional memorandum of law in order to properly focus the relevant issues for the Court's consideration.

      THE DEFENDANT

BY: /s/ Vincent A. Bongiorni
Vincent A. Bongiorni, Esq.
95 State Street, Suite #309
Springfield, MA. 01103
(413) 732-0222
BBO #049040

CERTIFICATE OF SERVICE

I, Vincent A. Bongiorni, Esq., do hereby certify that I have served a copy of the foregoing to the Assistant United States Attorney, William Welch, Esq., United States District Court, 1550 Main Street, Springfield, MA. O1103 this 19th day of December 2005.

/s/ Vincent A. Bongiorni