UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA )
)
)
v. ) NO. 04-CR-30033-MAP
)
RAYMOND ASSELIN, SR., ET AL.,)
Defendants )

MEMORANDUM AND ORDER REGARDING
MOTION TO SUPPRESS OF DEFENDANT SOTIRION
(Docket No. 120)

February 15, 2006

PONSOR, D.J.

This motion is hereby DENIED, without prejudice. At hearing on the motion, it emerged that few, if any, documents that are the subject of the Motion to Suppress will be offered by the government. Counsel may confer, and this motion may be renewed in the form of a motion in limine, if necessary.

It is So Ordered.

/s/ Michael A. Ponsor
MICHAEL A. PONSOR
United States District Judge