UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA   )
                           )
            v.             ) NO. 04-CR-30033-MAP
                           )
RAYMOND ASSELIN, SR., ET AL.,)
            Defendants     )

ORDER

June 22, 2006

PONSOR, D.J.

Counsel for the government and a representative counsel for the Defendants reported the results of preliminary discussions on June 21, 2006.

All Defendants personally, along with their attorneys, are ordered to appear before this court on July 10, 2006 at 4:00 p.m. No exceptions to this requirement will be permitted, absent written permission from the court for good cause. The court will expect the final report on that date as to the parties' intentions regarding trial.

It is So Ordered.

/s/ Michael A. Ponsor
_____
MICHAEL A. PONSOR
United States District Judge