UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | CRIM. NO. 04-30033-MAP |
| ) | |
| vs. ) | |
| ) | |
| **RAYMOND ASSELIN, SR., et al.** ) | |
| ) | |
| <u>                        Defendants.  </u>) | |

**GOVERNMENT'S SECOND REQUEST
FOR RECIPROCAL DISCOVERY UNDER RULE 16**

The United States of America, by and through Michael J. Sullivan, United States Attorney for the District of Massachusetts, and William M. Welch II, Assistant United States Attorney, hereby files this request for reciprocal discovery under Rule 16 and the Local Rules.  This request also includes reciprocal discovery under Rule 16(B) and 16(C).  All defendants have requested discovery under the Local Rules and/or requested discovery of expert witnesses and testimony, and the Government is entitled to reciprocal discovery.

To date, the Government has received nothing except for a response from defendant Davis.  Therefore, the Government makes

1

its second request for reciprocal discovery.

    Filed this 12 th day of July, 2006.

                                      Respectfully submitted,

                                      MICHAEL J. SULLIVAN
                                    United States Attorney

                                    /s/ William M. Welch II
                                    WILLIAM M. WELCH II
                                    Assistant United States Attorney

<u>CERTIFICATE OF SERVICE</u>

Hampden, ss.                                  Springfield, Massachusetts
                                              July 12, 2006


    I, William M. Welch, Assistant U.S. Attorney, do hereby certify that I have served a copy of the foregoing via electronic filing upon the following:

Richard M. Egbert, Esq.              Vincent A. Bongiorni, Esq.
99 Summer Street                     95 State Street
Suite 1620                           Springfield, MA  01103
Boston, MA  02110

James C. Rehnquist, Esq.             Thomas Rooke, Esq.
Goodwin Proctor & Hoar               73 Chestnut Street
Exchange Place                       Springfield, MA 01103
Boston, MA 02109

Steven W. Leary, Esq.                Roy H. Anderson, Esq.
95 State Street                      Box 1420
Springfield, MA 01103                Springfield, MA  01101

Thomas Lesser, Esq.                  Bernard Grossberg, Esq.
Lesser, Newman, Souweine & Nasser    99 Summer Street
39 Main Street                       Suite 1800
Northampton, MA  01060               Boston, MA  02110

Thomas R. Kiley, Esq.                David P. Hoose, Esq.
Cosgrove, Eisenberg & Kiley          Katz, Sasson, Hoose & Turnbull
1 International Place                1145 Main Street
Boston, MA  02110                    Springfield, MA  01103

Joseph Ballero, Esq.
99 Summer Street
Suite 1800
Boston, MA  02110


                                     /s/ William M. Welch II
                                     WILLIAM M. WELCH II
                                     Assistant United States Attorney