UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | NO. CR-N-30033-MAP |
| | ) | |
| ARTHUR SOTIRION | ) | |

### **DEFENDANT'S MOTION TO CONTINUE SENTENCING DATE**

      Now comes the defendant, by and through counsel and moves this Honorable Court for an order continuing the date presently set for Sentencing, December 14, 2006 to an date mutually convenient to all parties and asserts as his basis, therefore, the following;

      The defendant's plea was entered pursuant to a Plea Agreement which called for the filing of any motion to depart and accompanying documents at least 21 days prior to sentencing. In this case, no later than Friday, November 24, 2006. During the defendant's interview with the Probation Department of this court on November 3, 2006, counsel for the defendant learned for the first time one of the defendant's family members suffers from a long standing medical condition. (See paragraph 318 of PreSentence Report).

      Defense counsel believes this medical history would support a viable motion for downward departure and has had the family member execute the necessary releases in order to obtain access to the medical history and reports concerning the past hospitalizations and current course of treatment.

      Counsel for the defendant anticipates at least 30 days will be reasonably necessary to obtain the entire medical records due to the fact the treatment began in the late 1970's.

      Counsel for the defendant has conferred with AUSA Steven Breslow who expresses no opposition to the allowance of this motion.

      WHEREFORE, defendant moves the current date for Sentencing be continued to a date convenient to all parties in order to accomplish the purpose outlined above.

                THE DEFENDANT,

                BY:/s/ Vincent A. Bongiorni
                Vincent A. Bongiorni, Esq.
                95 State Street, Suite #309
                Springfield, MA. 01103
                (413) 732-0222
                BBO #049040

CERTIFICATE OF SERVICE

    I, Vincent A. Bongiorni, Esq., do hereby certify that I have served a copy of the foregoing via CM/ECF to the Assistant United States Attorney, Steven Breslow, United States District Court, 1550 Main Street, Springfield, MA. O1103 this 22nd day of November 2006.

                /s/ Vincent A. Bongiorni