```
                  UNITED STATES DISTRICT COURT
                    DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA,      )  CR-N-04-30033-MAP
                               )
              Plaintiff,       )
                               )
       vs.                     )
                               )
ARTHUR SOTIRION,               )
                               )
              Defendant.       )
```

### GOVERNMENT'S MOTION TO CONTINUE SENTENCING, WITH THE ASSENT OF DEFENSE COUNSEL

The United States of America, by and through Michael J. Sullivan, United States Attorney for the District of Massachusetts, and Steven H. Breslow, Assistant United States Attorney, hereby files this Motion To Continue Sentencing, With The Assent Of Defense Counsel.

1. The defendant Arthur Sotirion is currently scheduled to be sentenced by this Court on January 26, 2007.

2. I am the prosecutor in charge of the defendant's case. However, I will be unavailable on January 26, 2007, due to an engagement out of the state.

3. On December 28, 2006, I spoke with counsel for the defendant, who assented to this motion. Counsel further informed me that he is available for sentencing every day during the week of January 29, 2007, with the exception of January 30, 2007.

4.  Accordingly, I respectfully request that the defendant's sentencing be continued to either January 29, 2007, January 31, 2007, February 1-2, 2007 or another date convenient to the Court.

Filed this 28th day of December, 2006.

                                        Respectfully submitted,

                                        MICHAEL J. SULLIVAN
                                        United States Attorney


                                          /s/ Steven H. Breslow
                                        STEVEN H. BRESLOW
                                        Assistant United States Attorney

CERTIFICATE OF SERVICE

Hampden, ss.                                Springfield, Massachusetts
                                            December 28, 2006


   I, Steven H. Breslow, Assistant U.S. Attorney, do hereby certify that I have served a copy of the foregoing by electronically filing said motion to:

Vincent Bongiorni, Esq.
95 State Street, Suite 309
Springfield, MA 01103
Counsel for defendant Arthur Sotirion


                                    /s/ Steven H. Breslow
                                    STEVEN H. BRESLOW
                                    Assistant United States Attorney