UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR-N-04-30033-MAP |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| ARTHUR SOTIRION, | ) |
| | ) |
| Defendant. | ) |

**GOVERNMENT'S MOTION TO ADVANCE SENTENCING,
WITH THE ASSENT OF DEFENSE COUNSEL**

The United States of America, by and through Michael J. Sullivan, United States Attorney for the District of Massachusetts, and Steven H. Breslow, Assistant United States Attorney, hereby files this Motion To Advance Sentencing, With The Assent Of Defense Counsel.

1.   The defendant Arthur Sotirion is currently scheduled to be sentenced by this Court on January 26, 2007.

2.   I am the prosecutor in charge of the defendant's case. However, I will be unavailable on January 26, 2007, due to a personal engagement out of the state.

3.   On January 3, 2007, I spoke with counsel for the defendant, who assented to this motion. Counsel further informed me that he is available for sentencing on January 19, 2007.

1

4. Accordingly, I respectfully request that the defendant's sentencing be advanced to January 19, 2007 or another date convenient to the Court.

Filed this 4th day of January, 2007.

>Respectfully submitted,
>
>MICHAEL J. SULLIVAN
>United States Attorney
>
>   /s/ Steven H. Breslow
>STEVEN H. BRESLOW
>Assistant United States Attorney

CERTIFICATE OF SERVICE

Hampden, ss.                              Springfield, Massachusetts
                                          January 4, 2007

    I, Steven H. Breslow, Assistant U.S. Attorney, do hereby certify that I have served a copy of the foregoing by electronically filing said motion to:

Vincent Bongiorni, Esq.
95 State Street, Suite 309
Springfield, MA 01103
Counsel for defendant Arthur Sotirion


                                                  /s/ Steven H. Breslow
                                                STEVEN H. BRESLOW
                                                Assistant United States Attorney