```
                UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA,      )
                               )
         v.                    )   CRIMINAL NO. 04-CR-30033-MAP
                               )
ARTHUR G. SOTIRION, et al.,    )
         Defendants.           )
```

**MOTION FOR RELEASE OF MEMORANDA OF *LIS PENDENS***

The United States of America, by its attorney, Michael J. Sullivan, United States Attorney for the District of Massachusetts, hereby moves that this Court authorize the United States to release its memoranda of Lis Pendens recorded at the Hampden County Registry of Deeds against the following real properties: 48 Webber Street, Springfield, Massachusetts, with a title recorded at Book 3772, page 76, of the Hampden County Registry of Deeds in the name of Arthur G. Sotirion and Linda G. Sotirion; and 811 Dickinson Street, Springfield, Massachusetts, with a title recorded at Book 5575, page 195, of the Hampden County Registry of Deeds in the names of Arthur G. Sotirion and Linda G. Sotirion (collectively, the "Properties").

As grounds for this motion, the United States submits that the United States and defendant Arthur G. Sotirion have reached an agreement permitting defendant Arthur G. Sotirion to provide the United States with currency in lieu of the Properties.

     WHEREFORE, the United States requests that the Court authorize the release of the memoranda <u>Lis</u> <u>Pendens</u>. Two proposed Releases of <u>Lis</u> <u>Pendens</u> are submitted herewith for consideration by the Court.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:   /s/ Kristina E. Barclay
     Kristina E. Barclay
     Assistant U.S. Attorney
     1 Courthouse Way
     Suite 9200
     Boston, MA 02210

Dated: February 13, 2007      (617) 748-3100

<u>CERTIFICATE OF SERVICE</u>

     This is to certify that the foregoing Motion for Release of Memoranda of <u>Lis</u> <u>Pendens</u>, and the proposed Releases of <u>Lis</u> <u>Pendens</u>, filed through the Electronic Case Filing system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

     /s/ Kristina E. Barclay
     Kristina E. Barclay
     Assistant U.S. Attorney

Dated: February 13, 2007