UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>ARTHUR G. SOTIRION, et al.,<br>Defendants. | ✓ Criminal No. 04-CR-30033-MAP<br><br>Record Owner:<br>Arthur G. Sotirion<br>Linda G. Sotirion<br><br>Property:<br>811 Dickinson Street<br>Springfield, Massachusetts<br><br>Hampden County<br>Registry of Deeds<br>Book 5575, Page 195 |

**RELEASE OF *LIS PENDENS***

TO ALL WHOM IT MAY CONCERN:

PLEASE TAKE NOTICE that the United States of America, by its attorney, Michael J. Sullivan, United States Attorney for the District of Massachusetts, hereby releases its Lis Pendens against the real property located at 811 Dickinson Street, Springfield, Massachusetts (the "Property"). For title to the Property, see Deed recorded at Book 5575, Page 195 of the Hampden County Registry of Deeds, in the names of Arthur G. Sotirion and Linda G. Sotirion.

This Release is made by agreement of the parties.

The Lis Pendens, (see Docket No. 66), has been recorded at the Hampden County Registry of Deeds.

Signed under the pains and penalties of perjury this 13th day of February, 2007.

                Respectfully submitted,

                MICHAEL J. SULLIVAN
                United States Attorney

By: _____
    Kristina E. Barclay
    Assistant U.S. Attorney
    1 Courthouse Way
    Suite 9200
    Boston, MA  02210
    (617) 748-3100


**COMMONWEALTH OF MASSACHUSETTS**

Suffolk, ss.                                                          Boston

    Then personally appeared the above-named Kristina E. Barclay, Assistant United States Attorney, and acknowledged the foregoing to be to the best of her knowledge, information, and belief, and to be her free act and deed on behalf of the United States of America.

    Subscribed to and sworn before me this 13th day of February, 2007.

                                  _____
                                  Notary Public
                                  My Commission expires: 5/29/09

APPROVED AND SO ORDERED:

> LISA J. TALBOT
> Notary Public
> Commonwealth of Massachusetts
> My Commission Expires
> May 29, 2009

_____
Michael A. Ponsor
United States District Judge
Dated: __Feb. 21__, 2007

2