UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal No. 04-CR-30033-MAP |
| ) | |
| v. ) | Record Owner: |
| ) | Arthur G. Sotirion |
| ) | Linda G. Sotirion |
| ARTHUR G. SOTIRION, et al., ) | |
| Defendants. ) | Property: |
| ) | 48 Webber Street |
| ) | Springfield, Massachusetts |
| ) | |
| ) | Hampden County |
| ) | Registry of Deeds |
| ) | Book 3772, Page 76 |

### RELEASE OF LIS PENDENS

TO ALL WHOM IT MAY CONCERN:

PLEASE TAKE NOTICE that the United States of America, by its attorney, Michael J. Sullivan, United States Attorney for the District of Massachusetts, hereby releases its Lis Pendens against the real property located at 48 Webber Street, Springfield, Massachusetts (the "Property"). For title to the Property, see Deed recorded at Book 3772, Page 76 of the Hampden County Registry of Deeds, in the names of Arthur G. Sotirion and Linda G. Sotirion.

This Release is made by agreement of the parties.

The Lis Pendens, (see Docket No. 65), has been recorded at the Hampden County Registry of Deeds.

Signed under the pains and penalties of perjury this 13th day of February, 2007.

                Respectfully submitted,

                MICHAEL J. SULLIVAN
                United States Attorney

By: _____
     Kristina E. Barclay
     Assistant U.S. Attorney
     1 Courthouse Way
     Suite 9200
     Boston, MA  02210
     (617) 748-3100

### COMMONWEALTH OF MASSACHUSETTS

Suffolk, ss.                                                                    Boston

Then personally appeared the above-named Kristina E. Barclay, Assistant United States Attorney, and acknowledged the foregoing to be to the best of her knowledge, information, and belief, and to be her free act and deed on behalf of the United States of America.

Subscribed to and sworn before me this 13th day of February, 2007.

                                 _____
                                 Notary Public
                                 My Commission expires: 5/29/09

APPROVED AND SO ORDERED:

                         LISA J. TALBOT
                         Notary Public
                         Commonwealth of Massachusetts
                         My Commission Expires
                         May 29, 2009

_____
Michael A. Ponsor
United States District Judge
Dated:    Feb. 21   , 2007