UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)    3:04CR30033-002-MAP<br>ARTHUR SOTIRION )<br>)<br>Defendant, ) | |

## NOTICE OF APPEARANCE

Please include the undersigned as local counsel for the plaintiff, United States of America, for purposes of notification of filings in the above-captioned matter.

        Respectfully submitted,

        MICHAEL J. SULLIVAN
        United States Attorney


By:   /s/   Christopher R. Donato
       CHRISTOPHER R. DONATO
       Assistant U.S. Attorney
       1 Courthouse Way, Suite 9200
       Boston, MA 02210
       (617) 748-3303

Dated: September 24, 2007


## CERTIFICATE OF SERVICE

I hereby certify that on this date, this document was filed through the ECF system electronically to any registered participants and/or a paper copy was sent by mail to those indicated as non-registered participants.

        /s/ Christopher R. Donato
        CHRISTOPHER R. DONATO
        Assistant U.S. Attorney