UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA ) | | |
|         Plaintiff, ) | | |
| ) | | |
| v. ) | | |
| ) | 3:04CR30033-002-MAP | |
| ARTHUR SOTIRION ) | | |
|         Defendant, ) | | |
| ) | | |
|         *and* ) | | |
| ) | | |
| SPRINGFIELD RETIREMENT SYSTEM ) | | |
|         Garnishee. ) | | |

CERTIFICATION OF SERVICE OF DOCUMENTS

The Plaintiff, United States of America, certifies that on the date set forth below the defendant's attorney, Vincent Bongiorni, located in Springfield, MA was served by certified mail the following documents:

1. Copy of Application for Writ of Continuing Garnishment.

2. Copy of Writ of Continuing Garnishment with attached Claim of Exemptions Form.

3. Clerk's Notice of Garnishment.

4. Request for Hearing.

5. Notice of Garnishment and Instructions.

The United States of America further certifies that on the date set forth below, the Garnishee, Springfield Retirement System, in Springfield, MA was served by certified mail the following documents:

1. Copy of Application For Writ of Continuing Garnishment.

2. Writ of Continuing Garnishment with attached Claim of Exemptions Form.

3. Answer of the Garnishee and accompanying instructions.

                Respectfully submitted,

                MICHAEL J. SULLIVAN
                United States Attorney

By:   /s/ Christopher R. Donato
      CHRISTOPHER R. DONATO
      Assistant U.S. Attorney
      1 Courthouse Way, Suite 9200
      Boston, MA  02210
      (617) 748-3303

Date: October 29, 2007