UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2007 NOV -6  P 12: 26

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>    Plaintiff, )<br>    )<br>v. )<br>    )<br>ARTHUR SOTIRION )<br>    Defendant, )<br>    )<br>    *and* )<br>    )<br>SPRINGFIELD RETIREMENT SYSTEM )<br>    Garnishee. ) | 3:04CR30033-002-MAP |

## ANSWER OF THE GARNISHEE

Colleen M. Trahan          , BEING DULY SWORN DEPOSES AND SAYS:
  (Affiant)

IF GARNISHEE IS AN INDIVIDUAL: A Governmental Unit of Commonwealth of Massachusetts

    That he/she is Garnishee herein doing business in the name

of          Springfield Retirement System                              .
    (State full name and address of business)


IF GARNISHEE IS A PARTNERSHIP:

    That he/she is a member of _____, a partnership which Garnishee is a partner.


IF GARNISHEE IS A CORPORATION:

    That he/she is the _____ (Official Title) of Garnishee, _____

a corporation, organized under the laws of the State of _____.

On _____, 200__, Garnishee was served with the Writ of Garnishment.

    1.    The Garnishee has custody, control or possession of the following property (non-earnings), in which the defendant maintains an interest, as described below:

| | Description of Property | Approximate Value | Description of Debtor's Interest in Property |
|---|---|---|---|
| 1. | Retirement | $71,441.05 | _____ |
| 2. | _____ | _____ | _____ |
| 3. | _____ | _____ | _____ |
| 4. | _____ | _____ | _____ |

Garnishee anticipates owing to the judgment-debtor in the future, the following amounts:

| | Amount | Estimate date or Period Due |
|---|---|---|
| 1. | $_____ | _____ |
| 2. | $_____ | _____ |
| 3. | $_____ | _____ |
| 4. | $_____ | _____ |

(Check the applicable line below if you deny that you hold property subject to this order of garnishment.)

__    The Garnishee makes the following claim of exemption on the part of Defendant:
_____.

__    The Garnishee has the following objections, defenses, or set-offs to Plaintiff's right to apply Garnishee's indebtedness to Defendant upon Plaintiff's claim:
_____.

__    The Garnishee was then in no manner and upon no account indebted or under liability to the Defendant and that the Garnishee did not have in his/her possession or control any property belonging to the Defendant, or in which the Garnishee has an interest; and is in no manner liable as Garnishee in this action.

The Garnishee mailed a copy of this answer by first-class mail to Arthur Sotirion's attorney, Vincent Bongiorni, and to Assistant U.S. Attorney Christopher R. Donato.

Springfield Retirement System
By _____
Garnishee Colleen M. Trahan
Administrator

Subscribed and sworn to before me this _2_ day of __November__.

_____
Nancy L. Long
Notary Public

Commission Expires Nov. 5, 2010

My Commission expires: