UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | 3:04CR30033-002-MAP |
| ARTHUR SOTIRION | ) | |
| Defendant, | ) | |
| | ) | |
| *and* | ) | |
| | ) | |
| SPRINGFIELD RETIREMENT SYSTEM | ) | |
| Garnishee. | ) | |

## MOTION FOR PROPOSED ORDER OF GARNISHMENT

Pursuant to 28 U.S.C. § 3205, the United States of America (hereinafter "United States"), through its attorneys, United States Attorney Michael J. Sullivan and Assistant United States Attorney Christopher R. Donato, hereby requests that this Court enter an Order of garnishment against the Defendant, Arthur Sotirion, upon the Garnishee, Springfield Retirement System.

In support, of its motion the United States says:

1. On February 5, 2007, the United States District Court for the District of Massachusetts entered a judgment against the defendant with a criminal fine order of $150,000.00, plus accruing interest.

2. On September 24, 2007, pursuant to 28 U.S.C. § 3205(b), the United States electronically filed an Application for Writ of Garnishment.

3. On October 25, 2007, this Court signed and approved the Writ of Garnishment.

4. On November 6, 2007, pursuant to 28 U.S.C. § 3205(c)(4), the Garnishee filed an Answer with the District Court stating that it had $71,441.05 in possession of the defendant's funds.

Defendant has agreed to waive his right to a hearing.  Therefore, the United States

respectfully request this Court entered an Order for garnishment so that the United States can

apply the funds held by the Garnishee towards the Defendant's restitution debt.


Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney


By:     /s/  Christopher R. Donato
        CHRISTOPHER R. DONATO
        Assistant U.S. Attorney
        1 Courthouse Way, Suite 9200
        Boston, MA  02210
        (617) 748-3303

Date: November 20, 2007


## CERTIFICATE OF SERVICE

Suffolk, s.s.                                                Boston, MA

I hereby certify that on the 20th day of November 2007, this document was filed through the ECF
system and sent electronically to any registered participants and/or a paper copy was sent by
mail to those indicated as non-registered participants.

      /s/ Christopher R. Donato
      CHRISTOPHER R. DONATO
      Assistant U.S. Attorney