UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | 3:04CR30033-002-MAP |
| ARTHUR SOTIRION | ) | |
|     Defendant, | ) | |
| | ) | |
|     *and* | ) | |
| | ) | |
| SPRINGFIELD RETIREMENT SYSTEM | ) | |
|     Garnishee. | ) | |

## **ORDER**

Pursuant to 28 U.S.C. § 3205(c)(7), the Garnishee, Springfield Retirement Board, is to disburse all funds, including but not limited to $71,441.05, to the Clerk of Court, c/o United States District Court, Clerk's Office, One Courthouse Way, Suite 3200, Boston, MA 02210;  Re: Arthur Sotirion - , Court # 3:04CR30033-002-MAP.


APPROVED:                                                    SO ORDERED:


_____          _____
UNITED STATES DISTRICT JUDGE             DEPUTY CLERK
                                                                                        UNITED STATES DISTRICT COURT


DATED: