UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>        Plaintiff, )<br>)<br>v. )<br>)    3:04CR30033-002-MAP<br>ARTHUR SOTIRION )<br>        Defendant, )<br>)<br>        *and* )<br>)<br>SPRINGFIELD RETIREMENT SYSTEM )<br>        Garnishee. ) | |

## ORDER

Pursuant to 28 U.S.C. § 3205(c)(7), the Garnishee, Springfield Retirement Board, is to disburse all funds, including but not limited to $71,441.05, to the Clerk of Court, c/o United States District Court, Clerk's Office, One Courthouse Way, Suite 3200, Boston, MA 02210; Re: Arthur Sotirion - , Court # 3:04CR30033-002-MAP.

APPROVED:

*/s/ Michael O. Powers*
UNITED STATES DISTRICT JUDGE

SO ORDERED:

*/s/*
DEPUTY CLERK
UNITED STATES DISTRICT COURT

DATED: 12·13·07